UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00178 |
| | ) | |
| | ) | JUDGE TRAUGER |
| REYNALDO SALINAS-CRUZ | ) | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and, in accordance with the prior orders of this court and in compliance with LCrR 32.01(c), submits the position of the United States in this case with respect to sentencing factors.

The United States has no objections to the Pre-sentence Report. The United States understands that the Defendant also has no objections to the Pre-Sentence Report that impact the total offense level. Undersigned counsel submits that a copy of this Position is being provided to the appropriate personnel with the United States Probation Office contemporaneously with the filing of this Position.

    Respectfully submitted,

    ROBERT E. MCGUIRE
    Acting United States Attorney

By:  /s/ *Joshua A. Kurtzman*
    JOSHUA A. KURTZMAN
    Assistant U.S. Attorney
    719 Church Street – Suite 3300
    Nashville, Tennessee 37203
    Phone: (615) 401-6617
    joshua.kurtzman@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on February 4, 2025.

                                      /s/ *Joshua A. Kurtzman*
                                      JOSHUA A. KURTZMAN

2

Case 3:24-cr-00178   Document 40   Filed 02/04/25   Page 2 of 2 PageID #: 106